IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO CARPENTERS' PENSION FUND, et al, | ) ) ) | CASE NO. 1:07CV2061 |
| | ) | JUDGE SOLOMON OLIVER |
| Plaintiffs, | ) ) | |
| v. | ) ) | JUDGMENT |
| VANTAGE INSTALLATIONS, et al. | ) ) | |
| Defendants. | ) | |

Upon plaintiffs' motion for default judgment and the evidence presented, judgment is hereby entered in favor of the plaintiffs Board of Trustees of the Ohio Carpenters' Pension Fund, Board of Trustees of the Cleveland and Vicinity Carpenters' Hospitalization Fund, Board of Trustees of the Carpenters' Joint Apprenticeship Training Program, Board of Trustees of the Ohio Carpenters' Annuity Fund, and Ohio and Vicinity Regional Council of Carpenters and Joiners of America and against Vantage Installations, Inc. and David A. Stewart in the amount of $51,993.50 with interest from the date of judgment at 4.78 percent, pursuant to 29 U.S.C. §1961.

Defendants are further ordered to pay all future contributions and withholdings to Plaintiffs as and when required to do so by the terms of the Letter Agreement and, as incorporated therein, the Carpenters' Local Collective Bargaining Agreement. This judgment is limited to the amounts owed by the Defendants to the Plaintiffs with respect to the payment obligations of Defendants as set forth in the Complaint.

**IT IS SO ORDERED.**

/s/SOLOMON OLIVER, JR.
**JUDGE SOLOMON OLIVER**
**UNITED STATES DISTRICT JUDGE**